IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KLAY PARHAM PLAINTIFF

v. Case No. 6:26-cv-06057

ARKANSAS DEPARTMENT OF CORRECTIONS;
SEIGAL; OTTS; and DEPUTY WHITE DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on August 26, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Comstock recommends that Plaintiff's complaint be dismissed without prejudice for failure to prosecute and for failure to comply with Court orders. *Id.* at 2.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

[1] The Report and Recommendation was returned as undeliverable. ECF No. 14. Plaintiff has not provided a new address to the Court.